UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,            Case No. 11-cr-196-pp

        Plaintiff,

v.

EMMANUEL REYES,

        Defendant

**ORDER RELEASING DEFENDANT ON CONDITIONS**

On April 22, 2015, the court imposed a sentence that included a twenty-month term of supervised release. Dkt. No. 45. The defendant began serving that term on December 7, 2015.

On May 16, 2017, the court issued a warrant for the defendant's arrest on allegations that he had violated the conditions of his release. Dkt. No. 49. The defendant was arrested on that warrant, and made his initial appearance on May 31, 2017 before Magistrate Judge William E. Duffin. Dkt. No. 51. Judge Duffin ordered the defendant detained pending the outcome of his revocation hearing. Id.

On August 24, 2017, this court held a hearing on the violations. The defendant admitted to four violations. The court did not revoke the defendant's supervised release. The court lifted the detainer, and ordered the defendant released on the conditions imposed in its April 22, 2015 order, dkt. no. 45, plus three additional conditions:

1

Upon his release from any detention resulting from the body warrant against him in Washington County, the defendant shall make an appointment for a mental health evaluation with the doctor or counselor to whom he is referred by his supervising agent;

The defendant shall stay in communication with his state and federal supervising officers, and shall notify his federal supervising officer immediately of the address where he is living once he is released on the Washington County warrant; and

The defendant shall immediately notify his federal probation officer when obtains employment.

The court also ordered that the parties appear for a hearing on Tuesday, September 26, 2017 at 12:30 p.m. in Room 222.

The court **ORDERS** that the defendant is released from federal custody, effective immediately, to continue his term of supervised release.

Dated in Milwaukee, Wisconsin this 24th day of August, 2017.

**BY THE COURT:**

_____
**HON. PAMELA PEPPER**
**United States District Judge**